**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 95-7510**

─────────────

LYNWOOD ALLEN BAKER,

Plaintiff - Appellant,

versus

VIRGINIA DEPARTMENT OF REHABILITATIVE SER-
VICES; DIRECTOR OF VIRGINIA DEPARTMENT OF
CORRECTIONS; JIMMY WEBSTER, Hospital Admin-
istrator, Greensville Correctional Center;
JOHN MARSHALL, M.D., Chief Medical Physician,
Greensville Correctional Center; ELLIS B.
WRIGHT, Warden, Greensville Correctional
Center; MICHAEL A. TIDWELL, Deputy Warden of
Unit B; DR. RAMSEY, Physician, Greensville
Medical Center; COMMONWEALTH OF VIRGINIA BOARD
OF CORRECTIONS; COMMONWEALTH OF VIRGINIA,
DEPARTMENT OF SOCIAL SERVICES; COMMONWEALTH OF
VIRGINIA DEPARTMENT OF PUBLIC SAFETY; GREENS-
VILLE MEMORIAL HOSPITAL, Contracted Medical
Firm; L. LESTER, Powhatan Correctional Center;
DIRECTOR, Medical Services, Powhatan Correc-
tional Center,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge.  (CA-94-633-2)

─────────────

Submitted:  March 12, 1998          Decided:  March 23, 1998

─────────────

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lynwood Allen Baker, Appellant Pro Se.  Susan Campbell Alexander,
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing two defendants without prejudice in Appellant's 42 U.S.C. § 1983 (1994) action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders. <u>See</u> 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). Because the case is still pending against the remaining defendants in district court, the order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>